UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

NOTICE OF MOTION AND MOTION
21-MJ-1158

RICHARD SCHERER

        Defendant.

**PLEASE TAKE NOTICE**, that the undersigned DOMINIC SARACENO, ESQ., attorney for the defendant, RICHARD SCHERER, based upon the following affirmation hereby moves for a 60 day adjournment of the May 2, 2022 48b date.

## AFFIRMATION

1. I am an attorney at law duly licensed to practice in the State of New York and in the Western District of New York with offices located at 534 Delaware Avenue, Buffalo, New York 14202.

2. This affirmation is offered in support of counsel's request for an adjournment of the above referenced 48b date.

3. The Court previously entered a 48b date of May 2, 2022.

4. I understand the Court does not adjourn Rule 48(b) dates for plea negotiations, and I am not requesting an adjournment for that purpose.

5. The Government and the Defense have discussed a favorable plea for Mr. Scherer, and the parties have scheduled a plea date for May 17, 2022.

6. The defense counsel is making this motion on behalf of Richard Scherer.

7. Assistant United States Attorney AARON MANGO has consented to adjourning the 48b date.

8. The defendant agrees that the additional time allowed is excludable under the Speedy Trial Act.

**WHEREFORE**, for the reasons set forth above, defendant, RICHARD SCHERER, respectfully requests an Order from this Court granting a 60-day adjournment of the 48b date.

s/ Dominic Saraceno, Esq.

DOMINIC SARACENO, ESQ.
534 Delaware Avenue
Buffalo, New York 14202
(716) 626-7007 (t)
(800)-305-5836   (f)
saracenolaw@gmail.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

vs.

RICHARD SCHERER

              Defendant.
_____

## CERTIFICATE OF SERVICE

21-MJ-1158

I hereby certify that on April 28, 2022, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following EM/EF Participant on this case:

           AARON MANGO, AUSA
           138 Delaware Avenue
           Buffalo, New York 14202

           s/Dominic Saraceno
           _____
           DOMINIC SARACENO